AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington



CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _Stefanie Rattler_
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Person of MARGARET AISLINN CHANNON | )<br>)<br>)   Case No.   MJ20-335 (2)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location):*

~~Person of~~ MARGARET AISLINN CHANNON *(MP)*

Hands, arms and shoulders of

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Tattoos.

**YOU ARE COMMANDED** to execute this warrant on or before ____June 25, 2020____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in West. Dist. of Washington____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____June 11, 2020 @ 8:05am____  *[Judge's signature]*

City and state:   Seattle, Washington     Michelle L. Peterson, United States Magistrate Judge
*Printed name and title*

USAO# 2020R00221  [Patrick to Brown]

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: <br> ATF #787095-20-0035 | Date and time warrant executed: <br> 6/11/2020    12:00PM | Copy of warrant and inventory left with: <br> Margaret CHANNON |
|---|---|---|
| Inventory made in the presence of : <br> SA Catherine Cole present for photos ||| 
| Inventory of the property taken and name of any person(s) seized: <br><br> Photos taken of tattoos.  Nothing physical seized. |||

*[signature]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    06/26/2020

*Executing officer's signature*

Special Agent Greg Heller, ATF
*Printed name and title*